1040

[No. 72147-0-I.   Division One.   February 16, 2016.]

*In the Matter of the Marriage of* CHRISTOPHER JAMES BURROWS, *Respondent*, and ALICIA ANN DEGON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-3-02040-1, Millie M. Judge, J., entered July 2 and November 3, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Trickey, J.

[No. 72267-1-I.   Division One.   February 16, 2016.]

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Appellant*, v. PHYLLIS GLOVER-SHAW ET AL., *Defendants*, TERRY D. KENNEDY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-2-02251-4, Millie M. Judge, J., entered September 6, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Dwyer, J.

[No. 72501-7-I.   Division One.   February 16, 2016.]

THE STATE OF WASHINGTON, *Petitioner*, v. JUDITH E. MURRAY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-02618-4, Richard T. Okrent, J., entered August 27, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Schindler and Dwyer, JJ.